# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00171-CV

**A&T Consultants, Ltd., Appellant**

**v.**

**Roark Amusement & Vending, L.P., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-13-001377, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant A&T Consultants, Ltd. has filed a motion to dismiss its appeal, stating that Roark Amusement & Vending, L.P. does not oppose the dismissal.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Appellant's Motion

Filed:   May 23, 2014